UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD F. DEBIEN, ) | Civil No. 08cv2258 MMA(RBB) |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING EARLY NEUTRAL |
| ) | EVALUATION CONFERENCE, SETTING |
| v. ) | RULE 26 COMPLIANCE |
| ) | |
| ASSET ACCEPTANCE; WINN LAW ) | |
| GROUP, ) | |
| ) | |
| Defendants. ) | |

On April 7, 2009, the Court held an early neutral evaluation conference in the above-entitled action.  Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1.  No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D).  The parties are ordered to proceed with the initial disclosure process.  Any objections to initial disclosure will be resolved as required by rule 26.

2.  The rule 26(f) conference shall be completed on or before April 24, 2009.

1        3.   No discovery plan is required.

2        4.   The initial disclosures pursuant to rule 26(a)(1)(A-D)
3   shall occur on or before May 8, 2009.

4        5.   A telephonic, attorneys-only settlement conference is set
5   for May 13, 2009, at 8:00 a.m.  Counsel for Plaintiff is to
6   initiate the call.

7        Plaintiff's(s') counsel shall serve a copy of this order on
8   all parties that enter this case after the date of this order.

9        Failure of any counsel or party to comply with this order may
10  result in sanctions.

11       IT IS SO ORDERED.

12
13  DATED:  April 7, 2009
                                   Ruben B. Brooks
14                                 United States Magistrate Judge

15  cc:
    Judge Anello
16  All Parties of Record