## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>DEBIEN</u> v. <u>ASSET ACCEPTANCE, ET AL.</u>                Case No. <u>08cv2258 MMA(RBB)</u>
                                                **Time Spent: <u>15 mins.</u>**

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>                <u>Rptr.</u>

<u>Attorneys</u>
<u>Plaintiffs</u>                                   <u>Defendants</u>

<u>Joshua Swigart</u>                              <u>Jeffrey Topor</u>


PROCEEDINGS:   ___ In Chambers   ___ In Court   <u>_x_</u> Telephonic

A telephonic, attorneys-only settlement conference was held.

A telephonic, attorneys-only settlement conference is set for June 18, 2009, at 8:30 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: <u>May 13, 2009</u>         IT IS SO ORDERED:    *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Anello                  INITIALS:  <u>VL (mg/irc)</u>  Deputy
    All Parties of Record