1  JOSHUA B. SWIGART (Bar No. 225557)
   TIFFANY G. JENSEN (Bar No. 256842)
2  HYDE & SWIGART
   411 Camino Del Rio South, Suite 301
3  San Diego, California 92108-3551
   Telephone: (619) 233-7770
4  Facsimile: (619) 297-1022
   josh@westcoastlitigation.com
5  tiffany@westcoastlitigation.com

6  Attorneys for Plaintiff
   EDWARD F. DEBIEN
7

8  TOMIO B NARITA, (Bar No. 156576)
   JEFFREY A. TOPOR, (Bar No. 195545)
9  SIMMONDS & NARITA, LLP
   44 Montgomery St, Ste 3010
10 San Francisco, California 94104-4816
   Telephone (415) 283-1000
11 Facsimile (415) 352-2625
   tnarita@snllp.com
12 jtopor@snllp.com

13 Counsel for Defendants
   ASSET ACCEPTANCE and
14 WINN LAW GROUP

15              UNITED STATES DISTRICT COURT

16              SOUTHERN DISTRICT OF CALIFORNIA

17

| 18 | EDWARD F. DEBIEN, | ) | Case No: 08 CV 2258 MMA RBB |
|----|---|---|---|
| 19 |  | ) |  |
| 20 | Plaintiff, | ) | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| 21 | vs. | ) |  |
|    |  | ) | [F.R.Civ. P. 41(a)(1)(ii).] |
| 22 | ASSET ACCEPTANCE; WINN LAW | ) |  |
| 23 | GROUP, | ) | Hon. Michael M. Anello |
| 24 | Defendants. | ) |  |
| 25 |  | ) |  |
| 26 |  |  |  |

27

28

DEBIEN V. ASSET ACCETPANCE, ET AL. (CASE NO. 08 CV MMA RBB)
STIPULATION FOR DISMISSAL

1  Pursuant to rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the
2  parties stipulate that the entire action be dismissed with prejudice. All parties shall
3  bear their own attorney's fees and costs.

5  IT IS SO STIPULATED.

Dated: June 8, 2009

HYDE & SWIGART
JOSHUA SWIGART
TIFFANY JENSEN

By: /signature/

Attorneys for Plaintiff

Dated: June 3, 2009

SIMMONDS & NARITA
TOMIO NARITA
JEFFREY A. TOPOR

By:  /s/Jeff Topor
     Jeff Topor

Attorneys for Defendants
ASSET ACCEPTANCE & WINN LAW GROUP

DEBIEN V. ASSET ACCETPANCE, ET AL. (CASE NO. 08 CV MMA RBB)
STIPULATION FOR DISMISSAL