UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD F. DEBIEN, | ) Case No: 08 CV 2258 MMA RBB |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| ASSET ACCEPTANCE; WINN LAW GROUP, | ) **[Fed. R. Civ. P. 41(a)(1)(ii)]** |
| Defendants. | ) [Doc. No. 19] |

DEBIEN V. ASSET ACCETPANCE, ET AL. (CASE NO. 08 CV MMA RBB)
[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE

1 | Pursuant to the stipulation of the parties and good cause appearing, the joint motion to dismiss entire action with prejudice is GRANTED.

IT IS HEREBY ORDERED THAT the Complaint is dismissed with prejudice pursuant to section 41(a)(1)(ii) of the Federal Rules of Civil Procedure. All parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 17, 2009

                                     Honorable Michael M. Anello
                                     United States District Judge

DEBIEN V. ASSET ACCETPANCE, ET AL. (CASE NO. 08 CV MMA RBB)
 [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE